# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| MICHAEL BACOTE, JR.,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant-Appellee. | Case No. 22-1325 |

## PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR POSTPONEMENT OF ORAL ARGUMENT AND EXTENSION OF TIME TO FILE ORAL ARGUMENT ACKNOWLEDGMENT FORM

Plaintiff-Appellant Michael Bacote, Jr., by and through undersigned counsel, respectfully moves under Fed. R. App. P. 34(b) for a postponement of the oral argument recently set in this matter and for an extension of time to file his Oral Argument Acknowledgment Form, and in support thereof states as follows:

1. On July 11, 2023, this Court issued a notice setting oral argument in this matter for September 18, 2023. The deadline for Mr. Bacote to file his Oral Argument Acknowledgment Form is July 21, 2023.

2. Mr. Bacote is represented by his lead counsel at the Student Law Office at the University of Denver Sturm College of Law; student attorneys enrolled in the Civil Rights Clinic have represented Mr. Bacote since they were appointed as his

counsel through the U.S. District Court for the District of Colorado Civil Pro Bono Panel in 2019. The undersigned lead counsel in this matter and are faculty in the Civil Rights Clinic, where they teach and supervise second- and third-year law students working on federal civil rights cases, including the instant matter.[1] Over the summer months, there are no law students enrolled in the Civil Rights Clinic. The fall semester begins on with a week-long orientation that begins on August 7, 2023. The orientation ends with a swearing-in ceremony for the student attorneys who will work in the Student Law Office over the course of the academic year. After the law students are sworn in, undersigned counsel assign the student attorneys who will work on this case during this academic year.

3.  Moreover, the undersigned counsel have a four-day federal trial set for September 26-29, 2023 in *Ajaj v. Federal Bureau of Prisons et al*., D. Colo. Case No. 15-cv-00992-RBJ, for which they are also preparing a student attorney team to lead.

4.  Under Fed. R. App. P. 34(b), Mr. Bacote respectfully requests the Court postpone the oral argument set in this case to its January 2024 session so that a student attorney may have the opportunity to argue before it. Because of the extensive record in this case, the preparation required to adequately represent Mr. Bacote at oral argument, and the short timeframe created by the academic schedule,

---

[1] Students assigned to cases in this Court practice pursuant to 10th Circuit Rule 46.7.

2

Mr. Bacote's student attorneys will not have sufficient time to prepare for argument if it remains scheduled for September 18, 2023, but will have sufficient time to prepare for a later argument setting.

5. Conferral between the parties has revealed that while the September 2023 term is unworkable for Mr. Bacote due to the academic calendar, the November 2023 term is equally infeasible for the Bureau of Prisons due to an overlapping trial setting.

6. Indeed, counsel for Defendant-Appellee has represented to undersigned counsel that while Defendant-Appellee does not oppose a postponement until the Court's January 2024 term, counsel for Defendant-Appellee is scheduled for a four-day jury trial beginning on November 13, 2023, in *Ervin v. United States*, D. Colo. Case No. 20-cv-2236-WJM-MDB.

7. Given the parties' respective conflicts coinciding with both the Court's September and November 2023 terms, Mr. Bacote respectfully requests postponement of oral argument until the Court's January 2024 term, and Defendant-Appellee Bureau of Prisons does not oppose that request.

8. Both parties endeavor to conduct oral argument in this matter as expeditiously as possible, while simultaneously conferring in good faith to present the Court with an unopposed request for relief.

9. This appeal is appropriately set for oral argument because of the significant record, weighty and novel legal questions, and presentation of recurring legal issues for people incarcerated in federal prisons. Thus, Mr. Bacote and his counsel believe this matter is not suitable for submission on the briefs.

10. Mr. Bacote also respectfully requests an extension of time to file the Court's Oral Argument Acknowledgment Form if the argument remains set for September 18, 2023, given this simultaneous request for postponement.

11. This is the first request for a postponement of the oral argument and an extension of time to file the Oral Argument Acknowledgement Form. This postponement is sought 61 days before the oral argument, and no party will be prejudiced by the granting of the relief sought herein.

12. This request is being served on Mr. Bacote contemporaneously with this filing.

DATED: July 19, 2023

                                          Respectfully submitted,

                                          *s/Aurora L. Randolph*
                                          Aurora L. Randolph
                                          Laura Rovner
                                          Student Law Office
                                          University of Denver Sturm College of Law
                                          2255 East Evans Avenue, Suite 335
                                          Denver, CO 80208

T: (303) 871-6441
E: arandolph@law.du.edu

s/ *Darold Killmer*
Darold Killmer
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000

s/ *Annika K. Adams*
Annika K. Adams

s/ *Zachary D. Warren*
Zachary D. Warren
Highlands Law Firm, LLC
501 S. Cherry Street, 11th Floor
Denver, Colorado 80246
(720) 722-3880
*Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the Length Limits requirement of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    [X] this document contains 716 words, or

    [ ] this brief uses a monospaced typeface and contains <state the number of> lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    [X] this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font, or

    [ ] this document has been prepared in a monospaced typeface using <state name and version of word processing program> with <state number of characters per inch and name of type style>.

Date: July 19, 2023

                                                *s/ Aurora L. Randolph*
                                                Aurora L. Randolph

                                                *Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender and Crowdstrike, and according to the programs are free of viruses.

Date: July 19, 2023

<u>*s/ Aurora L. Randolph*</u><br>Aurora L. Randolph

*Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2023, I electronically filed the foregoing **PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR POSTPONEMENT OF ORAL ARGUMENT AND EXTENSION OF TIME TO FILE ORAL ARGUMENT ACKNOWLEDGMENT FORM** with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit, using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: July 19, 2023

*s/ Aurora L. Randolph*
Aurora L. Randolph

*Counsel for Plaintiff-Appellant*