# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| MICHAEL BACOTE, JR.,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant-Appellee. | Case No. 22-1325 |

## PLAINTIFF-APPELLANT'S MOTION TO WITHDRAW AURORA L. RANDOLPH AS COUNSEL OF RECORD

    Aurora L. Randolph, undersigned counsel for Plaintiff-Appellant Michael Bacote, Jr., submits this Motion to Withdraw as Counsel of Record and states:

  1. Undersigned counsel's employment with The University of Denver Student Law Office will end as of July 31, 2023.

  2. Mr. Bacote continues to be represented in this case by Laura Rovner.

  3. Undersigned counsel certifies that she sent an email to counsel for Defendant-Appellee prior to filing, informing them of the forthcoming motion.

  4. Undersigned counsel also certifies that she is sending this motion to Mr. Bacote contemporaneous with its filing.

    WHEREFORE, undersigned counsel respectfully requests that she be withdrawn as counsel of record for Mr. Bacote in this case.

Dated: July 29, 2023

                          Respectfully submitted,

                          s/ *Aurora L. Randolph*
                          Aurora L. Randolph
                          University of Denver Sturm College of Law
                          Civil Rights Clinic
                          2255 East Evans Avenue, Suite 335
                          Denver, Colorado 80208
                          (303) 871-6441
                          arandolph@law.du.edu

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the Length Limits requirement of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

> [X] this document contains 112 words, or
>
> [ ] this brief uses a monospaced typeface and contains <state the number of> lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

> [X] this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font, or
>
> [ ] this document has been prepared in a monospaced typeface using <state name and version of word processing program> with <state number of characters per inch and name of type style>.

Date: July 29, 2023

> <u>s/ Aurora L. Randolph</u>
> Aurora L. Randolph
>
> *Counsel for Plaintiff-Appellant*

## **CERTIFICATE OF DIGITAL SUBMISSION**

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender and Crowdstrike, and according to the programs are free of viruses.

Date: July 29, 2023

<u>s/ Aurora L. Randolph</u><br>
Aurora L. Randolph<br><br>
<i>Counsel for Plaintiff-Appellant</i>

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2023, a true and correct copy of the foregoing **PLAINTIFF-APPELLANT'S MOTION TO WITHDRAW AURORA L. RANDOLPH AS COUNSEL OF RECORD** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Kyle Brenton
Kyle.brenton@usdoj.gov
*Counsel for Defendant-Appellee*

                                                                         s/ *Aurora L. Randolph*
                                                                         Aurora L. Randolph