**10th CIR. FORM 2. ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES UNDER 10th Cir. R. 46.1**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

MICHAEL BACOTE, JR.,

    Plaintiff-Appellant,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant-Appellee.

Case No. 22-1325

**INSTRUCTIONS: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for

MR. MICHAEL BACOTE JR., APPELLANT/PETITIONER

in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned counsel certifies as follows:

**X**    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel

1

should not include in the certificate any attorney or party identified immediately above.

There are no such parties, or any such parties have already been disclosed to the court.

Laura Rovner                                        Aurora Randolph
Name of Counsel                                     Name of Counsel


*/s/ Laura Rovner*                                   */s/ Aurora Randolph*
─────────────────────                               ─────────────────────
Signature of Counsel                                Signature of Counsel

Student Law Office                                  Student Law Office
2255 E. Evans Ave.                                  2255 E. Evans Ave.
Denver, CO 80208                                    Denver, CO 80208
303-871-6140                                        303-871-6140
Mailing Address and Telephone Number                Mailing Address and Telephone Number


lrovner@law.du.edu                                  arandoplph@law.du.edu
Email Address                                       Email Address

## Certificate of Interested Parties

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Danielle C. Jefferis

Elisabeth Teater

Jenipher R. Jones

Kevin Whitfield

Miriam Kerler

Molly O'Hara

Nicole Godfrey

Rachel Kennedy

Scott C. Hammersley

and counsel for the parties in *Cunningham, et al., v. Federal Bureau of Prisons,* 12-cv-01570-RPM, U.S. District Court for the District of Colorado.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2022, a true and correct copy of the foregoing **PLAINTIFF'S ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Kyle Brenton
Kyle.brenton@usdoj.gov
*Counsel for Defendant*

<u>/s/ *Aurora Randolph*</u>
Aurora Randolph