UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

MICHAEL BACOTE, JR.,

Plaintiff-Appellant,

v.

FEDERAL BUREAU OF PRISONS,

Defendant-Appellee.

Case No. 22-1325

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

　　In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: *Amici Curiae* Disability Law Colorado, American Civil Liberties Union, American Civil Liberties Union of Colorado, The Arc of the United States, Bazelon Center for Mental Health Law, Civil Rights Education and Enforcement Center, Colorado Cross-Disability Coalition, Disability Rights Advocates, Disability Rights Education and Defense Fund, National Association of the Deaf, National Disability Rights Network, and the National Federation of the Blind in the above-captioned case(s).

Amy Farr Robertson
Name of Counsel

/s/ Amy Farr Robertson
Signature of Counsel

Fox & Robertson, PC, 1 Broadway, Suite B205, Denver, CO 80203; 303-951-4164
Mailing Address and Telephone Number

arob@foxrob.com
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

January 24, 2023
Date

/s/ Amy Farr Robertson
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    ✓    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

January 24, 2023
Date

/s/ Amy Farr Robertson
Signature